### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ANTHONY FARMER                                                   PLAINTIFF
ADC # 128481

v.                              4:12-cv-00418-DPM-JJV

JIM ROBERSON, Sheriff,
Lonoke County; *et al.*                                        DEFENDANTS

## ORDER

1.      Service is appropriate for Defendants Officer Cornwell, Deputy Williams, Jailer Lucas, and Jailer Langly.

2.      The Clerk of the Court shall prepare Summons for the Defendants.

3.      The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on the Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 17th day of January, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE