
# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ANTHONY FARMER**  **PLAINTIFF**
**ADC # 128481**

v.  4:12-cv-418-DPM-JJV

**JIM ROBERSON, Sheriff,**
**Lonoke County,** *et al.*  **DEFENDANTS**

### ORDER

No one has objected to Magistrate Judge Joe J. Volpe's Proposed Findings and Recommended Partial Disposition. *Document No. 13.* After review for error on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal. Defendant Roberson is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2013