**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTHONY FARMER                                                                                         PLAINTIFF
ADC # 128481

v.                                              4:12CV00418-JJV

JIM ROBERSON, Sheriff,
Lonoke County; *et al.*                                                                           DEFENDANTS

<u>ORDER</u>

Pending before the Court is the Defendants' Motion to Compel (Doc. No. 23). During discovery, Defendants propounded Interrogatories and Requests for Production of Documents on Plaintiff. Included was a request that Plaintiff sign and produce a Medical Authorization to permit Defendants to obtain copies of Plaintiff's medical records. Plaintiff has refused to comply with the Defendants' requests.

After careful review, the Court finds that the Defendants' discovery requests are relevant and necessary. Defendants' Motion to Compel (Doc. 23) is, hereby, GRANTED. Plaintiff is ordered to fully and completely respond to the Defendants' discovery requests within fourteen (14) days of the date of this Order. Plaintiff is also ordered to sign and produce a Medical Authorization within fourteen (14) days of the date of this Order. Failure to comply with this Order may result in the dismissal of this case.

IT IS SO ORDERED this 31st day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE