# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANTHONY FARMER                                                                                               PLAINTIFF

v.                                                      4:12CV00418-JJV

JIM ROBERSON, Sheriff,
Lonoke County; *et al.*                                                                          DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 13th day of August, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE